NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAMBRA L. LUCAS,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2014-3158

---

Petition for review of the Merit Systems Protection Board in No. SF-0845-13-0413-I-1.

---

**ON MOTION**

---

**O R D E R**

Cambra L. Lucas moves without opposition to add a copy of the MSPB initial appeal hearing CD to the appendix of her informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                   LUCAS v. OPM


The motion is deferred to the merits panel.  A copy of this order, the motion and the CD shall be transmitted to the merits panel assigned to hear this case.


FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21